UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III <br>     Plaintiff <br> v. <br><br> American Pride Properties LLC et al., <br>     Defendants | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws) <br><br> Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

William M. Pickard III
P.O. Box 101
Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.   A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:___A. Day___
Deputy Clerk

---

SERVE:   per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
| Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Glenda (Last name unknown) et al, } | |
| Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:  <u>A. Day</u>
      Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
| Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Mitchell G. Smith et al, } | |
| Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

        William M. Pickard III
        P.O. Box 101
        Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By: ___A. Day___
      Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285

        Clerk, United States District Court
        Northern District of Alabama
        1729 5th Avenue North
        Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III<br>    Plaintiff<br>v.<br><br>William Welden et al,<br>    Defendants | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.  A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:___A. Day___
    Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
|     Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Charee Russell et al, } | |
|     Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                                          GREER M. LYNCH, CLERK

DATE: February 26, 2025

                                          By: __A. Day__
                                               Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

                                          Clerk, United States District Court
                                          Northern District of Alabama
                                          1729 5th Avenue North
                                          Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| William M. Pickard, III }<br>      Plaintiff }<br>v. }<br>   }<br>Elizabeth Woodring et al, }<br>      Defendants } | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                                      GREER M. LYNCH, CLERK

DATE: February 26, 2025

                                      By:___A. Day___
                                          Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

                                      Clerk, United States District Court
                                      Northern District of Alabama
                                      1729 5th Avenue North
                                      Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
|     Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Jennifer Scott et al, } | |
|     Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By: __A. Day__
    Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
|     Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Debra Wren et al, } | |
|     Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:___A. Day___
    Deputy Clerk

-------

SERVE:  per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III<br>    Plaintiff<br>v.<br><br>Terra Echelon LLC et al,<br>    Defendants | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.  A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:  A. Day
      Deputy Clerk

---

SERVE:   per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III<br>    Plaintiff<br>v.<br><br>Sonishari Bellamy et al,<br>    Defendants | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:   A. Day
       Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285

                               Clerk, United States District Court
                               Northern District of Alabama
                               1729 5th Avenue North
                               Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| William M. Pickard, III<br>　　　　Plaintiff<br>v.<br><br>Megan L. Southern et al,<br>　　　　Defendants | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

　　　　William M. Pickard III
　　　　P.O. Box 101
　　　　Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By: ___A. Day___
　　　Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

　　　　Clerk, United States District Court
　　　　Northern District of Alabama
　　　　1729 5th Avenue North
　　　　Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

William M. Pickard, III  }
      Plaintiff  }  (Issued pursuant to Rule 4
v.  }  of the Federal Rules of Civil
  }  Procedure or other appropriate laws)
Douglas Q. Gale et al,  }
      Defendants  }  Case Number: 2:23 CV 1545 AMM

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.   A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By:___A. Day___
    Deputy Clerk

---

SERVE:   per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
| Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| Todd Miner et al, } | |
| Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

    William M. Pickard III
    P.O. Box 101
    Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                                                                                GREER M. LYNCH, CLERK

DATE: February 26, 2025

                                                                    By:  A. Day
                                                                          Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

                                                                    Clerk, United States District Court
                                                                    Northern District of Alabama
                                                                    1729 5th Avenue North
                                                                    Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

William M. Pickard, III }
      Plaintiff }  (Issued pursuant to Rule 4
v. }  of the Federal Rules of Civil
 }  Procedure or other appropriate laws)
Tiffany Cone et al., }
      Defendants }  Case Number: 2:23 CV 1545 AMM

TO THE ABOVE NAMED DEFENDANT(S):

    You are hereby summoned and required to serve upon plaintiff:

        William M. Pickard III
        P.O. Box 101
        Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

                        GREER M. LYNCH, CLERK

DATE: February 26, 2025

                        By:___A. Day___
                           Deputy Clerk

---

SERVE:   per U.S. Marshal's Form 285

                        Clerk, United States District Court
                        Northern District of Alabama
                        1729 5th Avenue North
                        Birmingham, AL 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUMMONS

| | |
|---|---|
| William M. Pickard, III } | |
| Plaintiff } | (Issued pursuant to Rule 4 |
| v. } | of the Federal Rules of Civil |
| } | Procedure or other appropriate laws) |
| SPM Property Management LLC et al., } | |
| Defendants } | Case Number: 2:23 CV 1545 AMM |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff:

William M. Pickard III
P.O. Box 101
Birmingham, AL 35201-0101

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

GREER M. LYNCH, CLERK

DATE: February 26, 2025

By: __A. Day__
Deputy Clerk

---

SERVE:  per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203